# AFFIDAVIT OF SERVICE

| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>EASTERN DISTRICT OF NEW YORK | FILED ON: 3/29/2023    INDEX NO.: 1:23-CV-02300-LDH- |

ABETH HASHIMI

Plaintiff(s)-Petitioner(s)

-vs-

CONANDY REALTY LLC and ROMA CREW INC

Defendant(s)-Respondent(s)

STATE OF NEW YORK } ss.}
COUNTY OF SARATOGA

I, Mark McClosky being duly sworn, deposes and says that deponent is over the age of eighteen years and is not a party in this proceeding and resides in the State of New York.

On APRIL 4, 2023 at 2:00 P.M.
Deponent served a true copy of **SUMMONS IN A CIVIL ACTION AND COMPLAINT**

bearing index number: 1:23-CV-02300-LDH-   and date of filing: 3/29/2023
upon **CONANDY REALTY LLC**
at address: **SECRETARY OF STATE, 99 WASHINGTON AVENUE**
city and state: **ALBANY, NY 12231-0001**

## MANNER OF SERVICE}

*Personal*
☐ By delivering to and leaving with personally} known to the deponent to be the same person mentioned and described in the above proceeding as the person to be served.

*Suitable Age Person*
☐ By delivering and leaving with personally} at the premises which is recipient's actual place of business/usual place of abode. Such person knowing the person to be served and associated with him/her, and after conversing with him/her, deponent believes him/her to be a suitable age and discretion.

*Authorized Agent*
☒ By delivering and leaving 2 copies with} **NANCY DOUGHERTY, BUSINESS DOCUMENT SPECIALIST** the agent for service on the person in this proceeding designated under rule 303 LLC and tendering the required fee. Service having been made to such person at the place, date and time above.

*Affixing to Door, Etc.*
☐ By affixing a true copy of each to the door of the actual place of business, dwelling place or usual place of abode stated above. Deponent was unable with due diligence to find the proper or authorized person to be served, or a person of suitable age and discretion at the actual place of business, dwelling place or usual place of abode stated above after having called there on the following dates and times:

*Mailing*
☐ Deponent completed service by depositing a true copy of each in a postpaid, properly addressed envelope in an official depository under the exclusive care and custody of the United States Postal Service. The package was labeled "Personal & Confidential" and mailed to the person stated above at address
on       . The envelope did not indicate on the outside that the communication was from an attorney or concerned an action against the recipient. The envelope was mailed by__first class mail__certified mail__registered mail__return receipt requested.
Certified/Registered mail #

DESCRIPTION} deponent describes the person actually served as:
Sex: FEMALE          Race/Skin Color: WHITE          Hair Color: BROWN
Approximate Age: 55   years   Approximate Height: 5'3"   Approximate Weight: 130   pounds
Other:

Subscribed and sworn before me on} APRIL 4, 2023

_____          Barducci Law Firm          _____
Notary Public, State of New York          5 West 19th Street, 10th Floor          Mark McClosky
Karen E. Rock          New York, NY 10011          Deponent
Qualified in Schenectady County          212-433-2554
Number 01R06065213
Expires: October 9, 2025
NLS #: 266011

FIRM FILE # 2023000423

Affidavit #: 23-2679