UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

─────────────────────────────────── x

                Plaintiff,                Affirmation of Service

    -against-

                                        _____CV_____ (   )

               Defendant.

─────────────────────────────────── x

    I, _____ , declare under penalty of perjury that I have served a copy of the attached _____

upon _____

whose address is: _____

_____

Dated: _____
        , New York

                                                   s/ Maria-Costanza Barducci
                                               Signature

                                               Address

                                               City, State, Zip Code