Maria-Costanza Barducci
Attorney at Law
BARDUCCI LAW FIRM, PLLC
5 West 19th Street, 10th Floor
New York, NY 10011
(212) 433-2554

June 23, 2023

**Via CM/ECF**
Honorable Marcia M. Henry
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East,
Brooklyn, New York 11202

Re: *Abeth Hashimi v. Conandy Realty LLC, and Roma Crew INC.*
*Civil Action No: 1:23-cv-02300-LDH-MMH*
*Status Letter in re: Pursuant to the Court's June 12, 2023 Order*

Dear Magistrate Judge Hon. Henry:

I represent the Plaintiff in the above-referenced matter.

Pursuant to the Court's June 12, 2023, Scheduling Order, Plaintiff herein files this Status Report as a current case status. As the Court likely already knows, the Plaintiff has filed the Return of Summons in this action on April 26, 2023, [DE#8 & DE#9]. Moreover, the Plaintiff has made every effort to contact the Defendants in this matter, serving multiple letters of notice to the Defendants at the subject property and their address as listed with the Department of the State. Nonetheless, to date, the Plaintiff has had no contact with either Defendant, formally or informally; nor has any Defendant entered a notice of appearance or filed an answer to the Complaint.

Given the foregoing, the Plaintiff wishes to inform the Court that Plaintiff will request a Clerk Certificate of Default, and then move for a motion for Default Judgment thereafter.

Thank you for your time and attention to this matter.

Respectfully Submitted,

**BARDUCCI LAW FIRM, PLLC**

s/Maria Costanza Barducci
Maria-Costanza Barducci, Esq.

cc: Via CM/ECF Only