UNITED STATES DISTRICT COURT
<mark>EASTERN</mark> DISTRICT OF NEW YORK

Case No.: **1:23-cv-02300-LDH-MMH**

| | |
|---|---|
| **Abeth Hashimi**, <br> Plaintiff, <br> vs. <br><br> **Conandy Realty LLC,** and <br> **Roma Crew INC** | **AFFIRMATION OF <br> MARIA-COSTANZA BARDUCCI <br> IN SUPPORT OF ENTRY OF <br> CLERK'S <br> CERTIFICATE OF DEFAULT OF <br> DEFENDANT, ROMA CREW INC.** |

I, Maria-Costanza Barducci, Esq., as Counsel for Plaintiff in the above-styled action, hereby affirm under penalty of perjury as follows:

1) Barducci Law Firm, PLLC represents Plaintiff, **Abeth Hashimi** ("Plaintiff"), in the above captioned matter.

2) The within action was commenced for injunctive relief, pursuant to the Americans with Disabilities Act, 42 U.S.C., Section 12181 *et. seq*. (ADA) and 28 CFR Part 36 (ADAAG).

3) Plaintiff is a resident of the State of New York. Plaintiff was born with spina bifida and Hydrocephalus, and as a result is bound to ambulate in a wheelchair

4) The within action was commenced on **March 26, 2023**.

5) The Summons and Complaint [DE#1] were served on the Defendant, **Roma Crew INC** ("Defendant"), by service upon the Secretary of State on **April 4, 2023**. Defendant's time to answer or otherwise respond to the complaint expired on **April 2, 2023**. To date, no Answer has been interposed on behalf of the Defendant. The Defendant is a corporate entity, and is not an individual in the military service, nor is the Defendant an infant or incompetent.

6) Defendant, **Roma Crew INC**, has not interposed an answer. It is apparent that the Defendant has no intention of voluntarily submitting to the jurisdiction of the Court.

WHEREFORE, Plaintiff requests that the Clerk of the Court enter a Notice of Default with respect to Defendant, **Roma Crew INC**, in the within matter.

Dated: June 26, 2023

                                          s/Maria Costanza Barducci
                                          Maria-Costanza Barducci (Bar No. 5070487)
                                              *Attorney for Plaintiff*
                                          BARDUCCI LAW FIRM, PLLC
                                          5 West 19th Street, 10th Floor
                                          New York, New York 10011
                                          (212) 433-2554
                                          MC@BarducciLaw.com