UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

Case No.: **1:23-cv-02300-LDH-MMH**

**Abeth Hashimi**,
    Plaintiff,
vs.

**Conandy Realty LLC,** and
**Roma Crew INC**,
    Defendants.

**CLERK'S
CERTIFICATE OF DEFAULT**

    I, **BRENNA B. MAHONEY**, Clerk of the United States District Court for the Eastern District of New York, do hereby certify that this action was commenced on March 26, 2023 with the filing of the Complaint [DE#1]. The Summons and Complaint were served on Defendant **Roma Crew INC**, by serving personally NANCY DOUGHERTY at the Secretary of State on April 4, 2023. Defendant, **Roma Crew INC**'s, time to answer or otherwise respond to the Complaint [DE#1] expired on April 25, 2023. The proof of service was filed April 26, 2023 [DE#9].

    I further certify that the docket entries indicate that the Defendant, **Roma Crew INC** has not filed an answer, or otherwise moved with respect to the complaint herein. The Default of the Defendant, **Roma Crew INC**, is hereby noted pursuant to Rule 55(a) of the Federal Rules of Civil Procedure.

    Dated: June 28, 2023

    Brooklyn, New York

                                            **BRENNA B. MAHONEY**
                                            Clerk of Court

                              By: *Jalitza Poveda*
                                   DEPUTY CLERK