UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
_____x

**Abeth Hashimi**,

        Plaintiff,                    Case No.: **1:23-cv-02300-LDH-MMH**

-v-

**Conandy Realty LLC** and                       **NOTICE OF MOTION**
**Roma Crew INC.**                               **FOR DEFAULT JUDGMENT**

                Defendants.
_____x

## MOTION FOR DEFAULT JUDGMENT

**PLEASE TAKE NOTICE**, that upon the annexed affirmation hereunto, sworn to the 28th day of August, 2023, and the requisite supporting papers under the Federal Rules of Civil Procedure, a motion will be made at a term of this Court to be held in the United States District Court of the Eastern District of New York, located at 525 Cadman Plaza East, Brooklyn, NY 11201, under the Honorable US District Judge Hall, on the 28th day of August, 2023, at 10:00 am, or a term to be made thereinafter by the Honorable District Judge, upon the papers submitted thereunto, for a motion for Final Default Judgment against the non-appearing Defendant Conandy Realty LLC and Defendant Roma Crew INC, Inc. pursuant to the Fed. R. Civ. P. 55(b)(2) and the Court's local Rules.

Dated: <u>August 28, 2023</u>

                                          <u>s/Maria Costanza Barducci</u>
                                          Maria-Costanza Barducci (Bar No. 5070487)
                                            *Attorney for Plaintiff*
                                         BARDUCCI LAW FIRM, PLLC
                                         5 West 19th Street, 10th Floor
                                         New York, New York 10011
Via CM/ECF                             (212) 433-2554
                                         MC@BarducciLaw.com