**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

------                                              x
                                                    :
**Abeth Hashimi**,                                  :        Index No: **1:23-cv-02300-LDH-MMI**
                          Plaintiff,                :
                                                    :
        vs.                                         :
                                                    :
**Conandy Realty LLC** and                          :        **AFFIRMATION IN SUPPORT OF**
**Roma Crew INC**                                   :        **PLAINTIFF'S MOTION FOR A**
                                                    :        **ATTORNEY'S FEES AND COSTS**
                          Defendant.                :
                                                    :
                                                    :
-----                                               x


**I, Maria-Costanza Barducci, Esquire, hereby affirms as follows:**

1.  I am an attorney at law in the Eastern District of New York, and for the Plaintiff, and as such, I am fully familiar with the facts of this litigation. I submit this Affirmation in support of Plaintiff's Motion for a Default Judgment in support of Plaintiff's Motion for Fees pursuant to 42 U.S.C. §12205.

2.  The within case was brought by Plaintiff for injunctive relief pursuant to Americans with Disabilities Act, 42 U.S.C. § 12181, et seq., (the ADA) and the ADA's Accessibility Guidelines, 28 C.F.R. Part 36.  Plaintiff is disabled and requires a wheelchair for mobility. The DOJ promulgated 28 C.F.R. §36.302 to carry out the provisions of the ADA prohibiting discrimination on the Basis of Disability by Public Accommodations and in Commercial Facilities.

3.  Via written order dated March 25, 2024, Judge LaShann DeArcy Hall ordered Plaintiff to file a motion for attorney fees in addition to a Court Ordered Injunction against the Defendants requiring them to prepare architectural plans remedying the violations

described in the complaint and to provide Plaintiff's counsel with those plans for review within 60 days of this Order, amongst other provisions. Defendants have not responded.

4. As further set out in Plaintiff's Affirmation for a Final Default Judgment and Memorandum of Law [DE#16], Plaintiff's allegations established Defendants' liability as a matter of law.

**FEE APPLICATION**

5. Plaintiff seeks reimbursement of reasonable attorney's fees pursuant to 42 U.S.C. §12205.

6. Given the court has granted Plaintiff's Motion for Default, Plaintiff is deemed the prevailing party and is entitled to reimbursement of his costs and attorney's fees.

7. The undersigned spent 11.7  hours attempting to resolve this case.  The undersigned's hourly rate for this matter is $525.

8. Regarding my expertise, Plaintiff's counsel has over 8 years of litigation experience. Between 2017  and 2024, Plaintiff's counsel represented Plaintiffs in ADA discrimination cases in her office in Manhattan, New York.  My duties included all phases of discovery, pleadings, and all motions practice.

9. In 2014, I started my own practice and have handled approximately 100 ADA cases on behalf of Mr. Hashimi and several other Plaintiffs in the Eastern and Southern Districts of New York. Each of these cases has resolved favorably to my clients by settlement agreement or consent decree.  Neither Plaintiff nor I have never been sanctioned in any way.  Plaintiff's counsel believes that her experience and handling of these matters is consistent with the work effort of other plaintiff's counsel in this district with the same level of experience, who are regularly awarded fees in the $400 to $500 per hour range.

10. There was no redundant or duplicative effort in this case, and the hours sought by Plaintiff are the hours incurred. Furthermore, in the exercise of the required "billing judgment", I have not included and/or have redacted any redundant or duplicative time or effort. The undersigned has taken great care not to block bill or provide the court with any other basis to make across the board cuts to my bill.

11. I have attached what *I affirm* to be accurate, detailed, and contemporaneous time records for this case. (**Exhibit C).** I have incurred $8,587.31 in legal fees.

12. Based upon the foregoing, Plaintiff respectfully seeks an award of attorney's fees in the amount of $8,587.31.

Dated: August 23, 2024

Respectfully submitted,

BARDUCCI LAW FIRM, PLLC
5 West 19th Street, 10th Floor
New York, NY 10011
(212) 433-2554

By:   s/ Maria-Costanza Barducci
      Maria-Costanza Barducci, Esq.
        *Attorney for Plaintiff*
      Bar No. 5070487
      MC@BarducciLaw.com

      *Attorney for Plaintiff*