**Maria-Costanza Barducci**  8/27/2024
*Attorney at Law*
BARDUCCI LAW FIRM PLLC
5 West 19 Street, 10th Floor
New York, NY 10011
(212)433-2554

# ATTORNEY'S FEES & COSTS STATEMENT

**Case:**

**Abeth Hashimi v. Conandy Realty LLC et al**
**Case No. 1:23-cv-02300-LDH-MMH**

**Client:**

**Abeth Hashimi**

**ATTORNEY'S FEES:**

| Date: | Description: | ABA Code(s): | Total Hours: | Admin. Hours: | Legal Hours: |
|---|---|---|---|---|---|
| 3/12/2023 | Client Conference to Review Barriers to Access at Subject Property | A106 | *1.3* | 0.0 | 1.3 |
| 3/14/2023 | Verify Ownership, Prior Case Search | A102 | *0.7* | 0.0 | 0.7 |
| 3/25/2023 | Draft Complaint, Civil Cover, and Proposed Summonses for Issuance | A103 | *1.2* | 0.0 | 1.2 |
| 3/26/2023 | Electronically File Complaint, Civil Cover, and Summonses for Issuance | A110 | *0.3* | 0.3 | 0.0 |
| 3/29/2023 | Receive/Review Case Assignemnt Notice and Rule 73 Notice, & Review Judge Indiv. Rules | A104 | *0.3* | 0.0 | 0.3 |
| 3/29/2023 | Download Issued Summonses and Forward to Process Server for Service | A110 | *0.3* | 0.3 | 0.0 |
| 4/26/2023 | Reviewed and Filed Summons Returned Executed as to Def. Conandy Realty LLC | A104 | *0.2* | 0.0 | 0.2 |
| 4/26/2023 | Reviewed and Filed Summons Returned Executed as to Def. Roma Crew INC | A104 | *0.2* | 0.0 | 0.2 |
| 5/15/2023 | Client Conference to Review Case Progress | A106 | *0.4* | 0.0 | 0.4 |
| 6/12/2023 | Calendar Reminder to Default Certificate Request | A111 | *0.1* | 0.1 | 0.0 |
| 6/12/2023 | Receive/Review order for Order | A104 | *0.2* | 0.0 | 0.2 |
| 6/13/2023 | Service of the Order, Pleading and Summons via USPS - | A110 | *0.9* | 0.9 | 0.0 |
| 6/13/2023 | Drafted Affidavit of Service - Docketed electronically | A104 | *0.2* | 0.0 | 0.2 |
| 6/25/2023 | Drafted and sent notice letters out to Defendants informing Clerk Certificates requested | A110 | *0.6* | 0.6 | 0.0 |
| 6/26/2023 | Drafted Status Report- Filed on the Docket [DE#11] | A104 | *0.4* | 0.0 | 0.4 |
| 6/26/2023 | Drafted Affirmations and Proposed Clerk Certificates of Default, Docketed [DE#12 & 13] | A106 | *0.8* | 0.0 | 0.8 |
| 6/28/2023 | Receive/Review Clerk Certificates, filed and printed [DE#14& 15] | A106 | *0.5* | 0.3 | 0.2 |
| 6/29/2023 | Receive/Review Court's Order to Move for Default Judgment FRCP55(b)(2) | A104 | *0.1* | 0.1 | 0.1 |
| 8/5/2023 | Client Conference to Review Case Progress | A107 | *0.4* | 0.0 | 0.4 |
| 8/28/2023 | Drafted/ Efiled Motion For Final Default Judgment [DE#12] / Efiled on Pacer | A103 | *2.1* | 0.3 | 1.8 |
| 11/17/2023 | Client Conference | A106 | *0.2* | 0.0 | 0.2 |
| 3/8/2024 | Received and Reviewed the Court's Report and Recommendation | A104 | *0.7* | 0.0 | 0.7 |
| 3/25/2024 | Recieved and Reviewed the Court's Adoption of the R&R, Injuction | A104 | *0.3* | 0.0 | 0.3 |
| 4/9/2024 | Recieved and Reviewed the Court's Order For Injuction [DE#19] | A104 | *0.2* | 0.0 | 0.2 |
| 6/7/2024 | Service of the Default Judgment Papers and Injuction of the Court | A104 | *0.8* | 0.8 | 0.0 |
| 7/1/2024 | Drafted - Efiled Affidavit of Service | A104 | *0.3* | 0.0 | 0.3 |
| 7/17/2024 | Attorney/Client Conference | A106 | *0.3* | 0.0 | 0.3 |
| 8/23/2024 | Drafted Fee Motion- Adduced Billable Hours | A104 | *1.3* | 0.0 | 1.3 |

|   |   |   |   |   |   |
|---|---|---|---|---|---|
|   |   |   |   |   |   |

|  | *TOTAL HOURS WORKED:* | 15.3 |
|---|---|---|
|  | **TOTAL BILLABLE ADMIN. HOURS:** | 3.7 |
|  | **TOTAL BILLABLE LEGAL HOURS:** | 11.7 |

**COST ITEMS:**

| Date: | Cost Description/Vendor Name | ABA Code | Costs Billed: |
|---|---|---|---|
| 8/25/2022 | Filing Fee | E112 | $ 402.00 |
| 3/26/2023 | Service Fees (2 Defendant) | E113 | $ 250.00 |
| 6/7/2024 | Service Fees (2 Defendants) | E113 | $ 250.00 |
| TBD | Mediation Fee | E113 |  |
| 6/13/2023 | Postage | E113 | $ 42.81 |
|  | Expert Report Fee: | E113 |  |
| 3/14/2023 | ADA Consultant Report | E113 | $ 1,500.00 |
|  |  |  |  |

|  | **LEGAL HOURS:** | $525.00/Hr. | $ 6,142.50 |
|---|---|---|---|
|  | **ADMINISTRATIVE HOURS:** | $125.00/Hr. | 462.5.00 |
|  | **COSTS:** |  | $ 2,444.81 |
|  | **TOTAL FEES AND COSTS:** |  | $ 8,587.31 |

|  |  |  |
|--|--|--|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |